IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Donald Rathbun, | No. CV-13-02417-PHX-DJH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Dell, Inc. Comprehensive Welfare Benefits Plan; Dell, Inc. Long Term Disability Plan; Dell, Inc.; Aetna Life Insurance Company, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Motion to Dismiss Case with Prejudice (Doc. 26), in which the parties state they have settled their disputes.

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Motion (Doc. 26) is **GRANTED** and that this action is **DISMISSED** with prejudice, each party to bear its own fees and costs.

Dated this 15th day of October, 2014.

_____
Diane J. Humetewa
United States District Judge